1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12  YELENA KRICHEVSKAYA,               )
                                       )  No. C 07-3785 JW
13              Plaintiff,             )
                                       )
14         v.                          )  **STIPULATION TO DISMISS; AND**
                                       )  **[PROPOSED] ORDER**
15  Department of Homeland Security, MICHAEL  )
    CHERTOFF, Secretary; United States  )
16  Citizenship and Immigration Services,  )
    EMILIO T. GONZALEZ, Director; United  )
17  States Citizenship and Immigration Services,  )
    ROSEMARY MELVILLE, District Director;  )
18  U.S. Attorney General, ALBERTO GONZALES;  )
    Federal Bureau of Investigation, ROBERT S.  )
19  MUELLER, III, Director,            )
                                       )
20              Defendants.            )
    _____)
21

22       Plaintiff, by and through her attorneys of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24  action without prejudice in light of the fact that the United States Citizenship and Immigration

25  Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

26  within 30 days of the dismissal of this action.

27       Each of the parties shall bear their own costs and fees.

28  ///

Stipulation to Dismiss
C07-3785 JW                          1

1    Dated: September 12, 2007                    Respectfully submitted,

2                                                 SCOTT N. SCHOOLS
                                                  United States Attorney
3

4                                                          /s/
5                                                 _____
                                                  ILA C. DEISS
6                                                 Assistant United States Attorney
                                                  Attorney for Defendants
7

8    Dated: September 12, 2007                             /s/
                                                  _____
9                                                 MONICA KANE
                                                  Attorney for Plaintiff
10

11
                                          **ORDER**
12
              Pursuant to stipulation, IT IS SO ORDERED.
13

14

15   Date:                              _____
16                                                JAMES WARE
                                                  United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-3785 JW                        2