```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| YELENA KRICHEVSKAYA, | ) |
| Plaintiff, | ) No. C 07-3785 JW |
| v. | ) **STIPULATION TO DISMISS; AND** |
| Department of Homeland Security, MICHAEL CHERTOFF, Secretary; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director; U.S. Attorney General, ALBERTO GONZALES; Federal Bureau of Investigation, ROBERT S. MUELLER, III, Director, | ) **[PROPOSED] ORDER** |
| Defendants. | ) |

Plaintiff, by and through her attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-3785 JW                          1

1 | Dated: September 12, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

8 | Dated: September 12, 2007

_____/s/_____
MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 13, 2007

_____
JAMES WARE
United States District Judge

Stipulation to Dismiss
C07-3785 JW                                    2